01

02

03

04

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,               )
                                        )
          Plaintiff,                    )
                                        )
     v.                                 )     Case No. 06-658 M
                                        )
ANDERSON McCOY CALLENDRET,              )     DETENTION ORDER
                                        )
          Defendant.                    )
_____)

Offenses charged:

     Count 1:  Felon in Possession of a Firearm as an Armed Career Criminal in violation of

18 U.S.C. § 922 (g)(1) and 924(e).

Date of Detention Hearing: December 22, 2006.

     The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

based upon the factual findings and statement of reasons for detention hereafter set forth, finds

the following:

### FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

     (1)     Defendant's full background and connections with this jurisdiction were unknown

at the time of the detention hearing, as he did not submit to an interview with Pretrial Services.

     (2)     Defendant has stipulated to detention, but reserves the right to ask the Court to

reconsider the decision, if new information becomes available.

DETENTION ORDER                                                              15.13
18 U.S.C. § 3142(i)                                                          Rev. 1/91
PAGE 1

01      (3)    No conditions or combination of conditions other than detention will reasonably

02  assure the appearance of the defendant as required or address issues of safety to the community.

03

04      IT IS THEREFORE ORDERED:

05      (1)    Defendant shall be detained pending trial and committed to the custody of the

06             Attorney General for confinement in a corrections facility separate, to the extent

07             practicable, from persons awaiting or serving sentences or being held in custody

08             pending appeal;

09      (2)    Defendant shall be afforded reasonable opportunity for private consultation with

10             counsel;

11      (3)    On order of a court of the United States or on request of an attorney for the

12             government, the person in charge of the corrections facility in which defendant

13             is confined shall deliver the defendant to a United States Marshal for the purpose

14             of an appearance in connection with a court proceeding; and

15      (4)    The Clerk shall direct copies of this Order to counsel for the United States, to

16             counsel for the defendant, to the United States Marshal, and to the United States

17             Pretrial Services Officer.

18      DATED this 22nd day of December, 2006.

19

20                       _____

                            JAMES P. DONOHUE

21                         United States Magistrate Judge

22

23

24

25

26

DETENTION ORDER                                15.13
18 U.S.C. § 3142(i)                                 Rev. 1/91
PAGE 2